No. 532. Centers v. Sanford, Warden. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Augustus M. Roan* for petitioner. *Assistant Attorney General Berge* and *Messrs. Warner W. Gardner* and *W. Marvin Smith* for respondent.

No. 680. U. S. Industrial Chemicals, Inc. v. Carbide & Carbon Chemicals Corp. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. William H. Davis, Dean S. Edmonds,* and *Thomas D. Thacher* for petitioner. *Messrs. Leonard A. Watson, Clair V. Johnson,* and *Clair W. Fairbank* for respondent.

No. 648. Pecheur Lozenge Co., Inc. v. National Candy Corp. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. Counsel are requested to present their views as to whether state law governs and, if so, what the applicable state law is. *Messrs. Joseph Fairbanks* and *Alfred J. L'Heureux* for petitioner. *Mr. James D. Carpenter, Jr.* for respondent.

No. 649. Mishawaka Rubber & Woolen Manufacturing Co. v. S. S. Kresge Co. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted, limited to the first and second questions presented in the petition for certiorari. *Mr. George L. Wilkinson* for petitioner. *Mr. William B. Giles* for respondent.